## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:20-CV-20197-UU

Plaintiff:
**VICTOR ARIZA**

vs.

Defendant:
**HELZBERG'S DIAMOND SHOPS, INC. a foreign for-profit corporation**


CPP2020000038

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by CIVIL PROCESS PLUS on the 17th day of January, 2020 at 6:31 pm to be served on **Helzberg's Diamond Shops, Inc. A Foreign For-Profit Corporation, Registered Agent: Corporation Service Company, 1202 Hays Street, Tallahassee, FL 32301-2525**.

I, JESSICA POWELL, do hereby affirm that on the **20th day of January, 2020** at **1:40 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A, EXHIBIT B and PRESERVATION LETTER** with the date and hour of service endorsed thereon by me, to: **Sheena Kruse** as **Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **Helzberg's Diamond Shops, Inc. A Foreign For-Profit Corporation,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JESSICA POWELL
258
CIVIL PROCESS PLUS
7350 N.W. 77TH STREET
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2020000038
Ref: Ariza v. Helzberg's Diamond Shops, Inc

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n